# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In re: Christopher Lawrence Hahn,

        Debtor.

_____

Case No. 21-10238-7

Ilene J. Lashinsky,
United States Trustee,

        Plaintiff,

v.

Titan Legal Processing, LLC,

        Defendant.

Adversary Proceeding
No. 21-05021

_____

## United States Trustee's Request for Entry of Default by Clerk
_____

Under Fed. R. Civ. P. 55(a), made applicable to adversary proceedings by Fed. R. Bankr. P. 7055, and D. Kan. LBR 5075.1, Plaintiff requests that the Clerk enter a Default against the Defendant because it has not answered or otherwise defended against the complaint.

In support of this request, Plaintiff attaches the declaration of Richard Kear, which sets forth that the Defendant was served but has not answered or otherwise responded and the time for it to do so has

1

expired. Thus, it is appropriate for the Clerk to enter a Default.

Respectfully submitted,

ILENE J. LASHINSKY,
UNITED STATES TRUSTEE

By: *Richard A. Kear*, #20724
Trial Attorney
301 N. Main St., Suite 1150
Wichita, KS 67202
316-269-6213 (phone)
Richard.Kear@usdoj.gov

2