**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS**

In re: Christopher Lawrence Hahn,

    Debtor.

_____

Ilene J. Lashinsky,
United States Trustee,

    Plaintiff,

v.

Titan Legal Processing, LLC,

    Defendant.

Case No. 21-10238-7

Adversary Proceeding
No. 21-05021

_____

**Declaration in Support of United States Trustee's
Request for Entry of Default by Clerk**
_____

1. I, Richard Kear, am an attorney with the United States Department of Justice. I represent the Plaintiff, the United States Trustee, and I am authorized to make this Declaration. I have personal knowledge of the facts stated in this Declaration.

2. On June 14, 2021, the United States Trustee filed a Complaint against the Defendant (Adv. P. Doc. 1).

3. On June 15, 2021, the Clerk of the Bankruptcy Court issued a Summons (Adv. P. Doc. 3).

4. On June 15, 2021, a copy of the Summons and Complaint was mailed to the Defendant's registered agent, Spiegel & Utrera, P.A., at the address listed with the Illinois Secretary of State: 123 West Madison St., Suite 806, Chicago, IL 60602. The affidavit of service was filed June 16, 2021 (Adv. P. Doc. 5).

5. The mail to Spiegel & Utrera was returned as undeliverable. In an abundance of caution, I located Spiegel & Utrera's current address online through its website, and even though it had not updated its address with the Illinois Secretary of State I mailed an alias summons on July 1, 2021 to that address: Continental Office Plaza, Suite L12, 2340 S. River Road, Des Plaines, IL 60018. The affidavit of service was filed July 1, 2021 (Adv. P. Doc. 10).

6. Defendant's answer or responsive pleading was due at the latest on July 30, 2021, but it has not filed an answer or other responsive pleading in response to the Complaint, and the time for it to do so under Fed. R. Bankr. P. 7012 has expired.

7. No counsel for Defendant has contacted me.

8. Defendant is a limited liability company, not a minor or incompetent person or person in military service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2021.

>By: *Richard A. Kear*, #20724
>Trial Attorney
>301 N. Main St., Suite 1150
>Wichita, KS 67202
>316-269-6213 (phone)
>Richard.Kear@usdoj.gov